IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Key, Corene

Printed: 10/29/08

Case Number: 07 B 11386
Judge: Squires, John H
Filed: 6/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 10, 2008
Confirmed: October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,200.00 |  |
| Secured: |  | 350.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 782.44 |
| Trustee Fee: |  | 67.56 |
| Other Funds: |  | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,454.00 | 782.44 |
| 2. | TRI State Financial | Secured | 848.42 | 350.00 |
| 3. | RoundUp Funding LLC | Unsecured | 147.21 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 29.63 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 93.88 | 0.00 |
| 6. | America's Financial Choice Inc | Unsecured | 33.50 | 0.00 |
| 7. | Capital One | Unsecured | 93.04 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 44.71 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 104.90 | 0.00 |
| 10. | Citizens Financial Services | Unsecured | 70.89 | 0.00 |
| 11. | Aspire Visa | Unsecured | 30.00 | 0.00 |
| 12. | Capital Recovery Systems | Unsecured | 24.29 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 160.41 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 21.67 | 0.00 |
| 15. | Nicor Gas | Unsecured | 51.49 | 0.00 |
| 16. | AIS Services | Unsecured |  | No Claim Filed |
| 17. | City of Harvey | Unsecured |  | No Claim Filed |
| 18. | Financial Recovery | Unsecured |  | No Claim Filed |
| 19. | Ingals Hospital | Unsecured |  | No Claim Filed |
| 20. | First National Credit Card | Unsecured |  | No Claim Filed |
| 21. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 22. | National Quick Cash | Unsecured |  | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 24. | ICS | Unsecured |  | No Claim Filed |
| 25. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 26. | Marauder Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Key, Corene

Printed: 10/29/08

Case Number: 07 B 11386
Judge: Squires, John H
Filed: 6/26/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | Unifund CCR Partners | Unsecured | | No Claim Filed |
| 29. | Presidio/CM | Unsecured | | No Claim Filed |
| 30. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 31. | Allen Lewis & Associates | Unsecured | | No Claim Filed |
| 32. | Arrow Financial Services | Unsecured | | No Claim Filed |
| | | | $ 5,208.04 | $ 1,132.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.84 |
| 6.5% | 7.80 |
| 6.6% | 7.92 |
| | $ 67.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

